HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RAYMOND F. LYNCH - 119065
AMY L. KEYSER - 160990
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN PANIAGUA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BIO-RAD CORPORATION, DOES 1-10,<br><br>　　　　　Defendant. | No. C 06-00500 MHP<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER SELECTING ADR PROCESS** |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

☐ Non-Binding Arbitration    ☐ Early Neutral Evaluation (ENE)    ☒ Mediation
　(ADR L.R. 4)                        (ADR L.R. 5)                                      (ADR L.R. 6)

**Private Process:**

☐ Private ADR (please identify process and provider)

- 2 -

1  The parties agree to hold the ADR session by:

2  ☒ the presumptive deadline (the deadline is 90 days from the date of the order referring

3  the case to an ADR process unless otherwise ordered.)

4  ☐ other requested deadline _____.

5

6  Dated: April ___, 2006                    HANSON BRIDGETT MARCUS VLAHOS
7                                            & RUDY, LLP

8

9                                            //s//[1]_____
                                             RAYMOND F. LYNCH
10                                           Attorney for Defendant
                                             BIO-RAD LABORATORIES, INC.
11

12
    Dated: April ___, 2006                   //s//[2]_____
13                                           DAVE LINN
                                             Attorney for Plaintiff
14                                           GERMAN PANIAGUA

15

16

17

18

19

20

21

22

23

24

25

26  _____
27  [1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a
    "conformed" signature (//s//) within this efiled document.
    [2] As of the time of this filing, defense counsel does not have a holograph signature from Mr. Linn.
28  However, Mr. Linn reviewed this document and authorized it to be filed on his behalf.

- 2 -

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS (NO. C 06-00500 MHP)                                    1246439.1

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding ADR

☐ Early Neutral Evaluation (ENE)

☒ Mediation

☐ Private ADR

Deadline for ADR session:

☒ 90 days from the date of this Order.

☐ Other _____.

IT IS SO ORDERED:

Dated: 4/11/2006 _____

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Marilyn H. Patel signature]*

STIPULATION AND [PROPOSED] ORDER
SELECTING ADR PROCESS (NO. C 06-00500 MHP)

1246439.1

# PROOF OF SERVICE

### German Paniagua v. Bio-Rad Corporation

I, Hillary Plymate, declare that I am a resident of the State of California. I am over the age of 18 years and not a party to the action entitled, *German Paniagua v. Bio-Rad Corporation*; that my business address is 425 Market Street, 26th Floor, San Francisco, CA 94105. On April 10, 2006, I served a true and accurate copy of the document(s) entitled:

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on the party(ies) in this action by placing said copy(ies) in a sealed envelope, each addressed to the last address(es) given by the party(ies) as follows:

Dave Linn, Esq.
Box 14268
Berkeley, CA 94712

[X] (By First Class Mail pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practices for collecting and processing documents for mailing with United States Postal Service. Following these ordinary business practices, I placed the above referenced sealed envelope(s) for collection and mailing with the United States Postal Service on the date listed herein at 425 Market Street, 26th Floor, San Francisco, California 94105. The above referenced sealed envelope(s) will be deposited with the United States Postal Service on the date listed herein in the ordinary course of business.

[ ] (By Telecopy Fax pursuant to Code of Civil Procedure section 1013.) I am readily familiar with (firm name)'s practice for processing of documents via Telefax. Following these ordinary business practices, I directed that the above referenced documents(s) be placed in the Telefax machine, with all costs of Telefaxing prepaid, directed to each of the party(ies) listed on the attached service list using the last Telefax numbers(s) given by the party(ies), and processed through the Telefax equipment, until a report is provided by that equipment indicating that the Telefax operation was successful. A copy of the Telefax report indicating successful transmission is attached hereto.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Hillary Plymate*
Hillary Plymate

PROOF OF SERVICE                                                                                                  1233868.1