HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
RAYMOND F. LYNCH - 119065
AMY L. KEYSER - 160990
415 Market Street, 26th Floor
San Francisco, CA 94105-2173
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366
rlynch@hansonbridgett.com
akeyser@hansonbridgett.com

Attorneys for Defendant
BIO-RAD LABORATORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| GERMAN PANIAGUA, | No. C 06 0500 MHP MED |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL |
| v. | |
| BIO-RAD CORPORATION and DOES 1-10, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

///
///
///
///
///
///
///
///
///

- 1 -

STIPULATION OF DISMISSAL
(CASE NO. C 06 0500 MHP MED)

1262522.1

| | | |
|---|---|---|
| 1 | DATED: July __, 2006 | LAW OFFICES OF DAVE LINN |
| 2 | | |
| 3 | | By: _____ |
| 4 | | DAVE LINN |
| | | Attorneys for Plaintiff |
| 5 | | GERMAN PANIAGUA |
| 6 | | |
| 7 | DATED: July 13, 2006 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
| 8 | | |
| 9 | | By: _____ |
| 10 | | RAYMOND F. LYNCH |
| | | Attorneys for Defendant |
| 11 | | BIO-RAD LABORATORIES, INC. |

**IT IS SO ORDERED**

_____
U.S. DISTRICT JUDGE
MHP

---

[1] I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (//s//) within this efiled document.

- 2 -

STIPULATION OF DISMISSAL
(CASE NO. C 06 0500 MHP MED)

1262522.1